[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13499
Non-Argument Calendar
_____

D.C. Docket No. 6:12-cr-00018-BAE-GRS-15

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERVIN WALKER, JR.,
a.k.a. Ed,
a.k.a. Fat,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Georgia
_____

(November 7, 2014)

Before HULL, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Christopher E. Chapman, appointed counsel for Ervin Walker, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Walker's conviction and sentence are **AFFIRMED**.